UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN T. CLAYTON, on behalf of his minor son, J.C.,

    Plaintiffs,

v.

FOWLERVILLE COMMUNITY SCHOOLS,

    Defendant.
_____/

Case No. 2:22-cv-12156

Honorable Susan K. DeClercq
United States District Judge

**ORDER GRANTING DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF DISCOVERY PERIOD (ECF No. 60) AND AMENDING PHASE I SCHEDULING ORDER (ECF No. 46) TO REFLECT NEW DISCOVERY DEADLINE FOR DEFENDANT ONLY**

In June 2025, Defendant Fowlerville Community Schools filed two discovery motion to compel Plaintiff Justin T. Clayton's participation in discovery. *See* ECF Nos. 55; 56. In early July 2025, the Parties attended a status conference at which a timeline was agreed upon for Plaintiff to respond to Defendant's discovery requests. *See* ECF No. 58. It was further agreed upon at that status conference that no discovery extensions would be granted to Plaintiff. *See id.* at PageID.1518.

On July 16, 2025, Defendant informed this Court that although Plaintiff provided some discovery responses to Defendant, he did not respond to all of Defendant's discovery requests and thus had not fully complied with this Court's

order. *See* ECF Nos. 59; 60. Accordingly, Defendant seeks a 60-day extension of discovery for Defendant only. ECF No. 60.

Having considered Defendant's motion, ECF No. 60, this Court's previous order, ECF No. 58, and finding good cause for a 60-day discovery-extension for Defendant only, Defendant's motion will be granted. *See also* FED. R. CIV. P. 6(b) (authorizing the Court to extend deadline for good cause); FED R. CIV. P. 26(b)(2)(C) (authorizing the Court to limit the frequency or extent of discovery for several reasons). Only Defendant will be allowed to propound new discovery requests beyond the current discovery deadline of August 4, 2025. Plaintiff is still obligated to respond to Defendant's discovery requests.

Accordingly, it is **ORDERED** that Defendant's Second Motion for an Extension of the Discovery Period, ECF No. 60, is **GRANTED**.

Further, it is **ORDERED** that the Phase I Scheduling Order, ECF No. 46, is **AMENDED** to reflect that *only* Defendant's discovery deadline is now **October 10, 2025**.

**This is not a final order and does not close the above-captioned case**.

                                               */s/Susan K. DeClercq*
                                               SUSAN K. DeCLERCQ
                                               United States District Judge

Dated: