UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN T. CLAYTON, on behalf of his minor son, J.C.,

        Plaintiffs,

v.

FOWLERVILLE COMMUNITY SCHOOLS, et al.

        Defendants.
_____/

Case No. 2:22-cv-12156

Honorable Susan K. DeClercq
United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE DEPOSITION DATES (ECF No. 83) AND DIRECTING PLAINTIFF TO PROVIDE DEPOSITION AVAILABILITY TO DEFENSE COUNSEL ON OR BEFORE NOVEMBER 10, 2025**

On October 31, 2025, this Court granted Defendant Fowlerville Community Schools' third motion to adjourn the discovery period and extended the discovery period for Defendant only to December 10, 2025. ECF No. 82 at PageID.1752.

On November 5, 2025, Defendant filed a motion seeking a court order compelling Plaintiff Justin Clayton to provide dates on which he and his minor son, J.C. are available to be deposed. ECF No. 83. In this motion, defense counsel explains that he e-mailed Plaintiff's counsel three times over the last two weeks asking for possible deposition dates, but Plaintiff's counsel has not yet responded. *Id.* at PageID.1754. Therefore, Defendant requests an order compelling Plaintiff to

provide available dates for in person depositions on or before November 11, 2025, in light of the quickly approaching December 10 discovery cutoff and the upcoming Thanksgiving holiday. *Id.* at PageID.1755.

This Court is deeply troubled by Defendant's report that Plaintiff's counsel has not responded to defense counsel's repeated requests for Plaintiff and his minor son's availability to sit for a deposition, especially in light of the ongoing discovery issues in this case. So, this Court will require Plaintiff to provide Defendant with five dates between November 12 and December 9, 2025, on which Plaintiff and his minor son, J.C., are available to be deposed. Plaintiff must provide these five dates to Defendant on or before November 10, 2025.

Accordingly, it is **ORDERED** that Defendant's Motion to Compel Plaintiff to Provide Deposition Dates, ECF No. 83, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff is **DIRECTED** to provide Defendant with **five dates between November 12 and December 9, 2025**, on which Plaintiff and his minor son, J.C., are available to be deposed. Plaintiff must provide these five dates to Defendant **on or before November 10, 2025**.

**This is not a final order and does not close the above-captioned case**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 6, 2025