UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN T. CLAYTON, on behalf of his minor
son, J.C.,

               Plaintiff,

v.

FOWLERVILLE COMMUNITY SCHOOLS,

               Defendant.

_____/

Case No. 2:22-cv-12156

Honorable Susan K. DeClercq
United States District Judge

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS (ECF No. 86), DIRECTING PARTIES TO ENGAGE IN LIMITED DISCOVERY, AND WARNING PLAINTIFF THAT FAILURE TO COMPLY WILL RESULT IN DISMISSAL OF HIS CASE**

Counsel for both Parties in this case and Plaintiff Justin T. Clayton himself appeared for a virtual, on-the-record status conference with the Court on May 7, 2026. *See* ECF No. 90.

For the reasons stated on the record, it is **ORDERED** that Defendant's Motion to Dismiss, ECF No. 86, is **DENIED WITHOUT PREJUDICE**.

Further, it is **ORDERED** that, as discussed on the record, the Parties are **DIRECTED** to take the following actions **by June 8, 2026**, to complete outstanding discovery:

1. Plaintiff and his minor son must appear for deposition as noticed by Defendant;

- 2 -

2. Both parties must supplement their initial disclosures as required by FED. R. CIV. P. 26(e); and

3. Plaintiff must produce full and complete answers to any of Defendant's discovery requests that remain outstanding.

Further, it is **ORDERED** that Plaintiff is **WARNED** that failure to comply with the discovery obligations and deadlines set forth in this Order **will result in dismissal of his case** under Civil Rules 37(b)(2)(A) and 41(b).

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: May 8, 2026